**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| JILL SUSANNE SPELLMAN | ) | Case No. 14-02612 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR QUARLES & BRADY LLP,
ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF JILL SUSANNE SPELLMAN**

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $4,754.50 for 12.3 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from March 10, 2014, to the present. In addition, Q&B requests reimbursement for necessary costs in the amount of $41.60.

In support of this Final Application, Trustee states as follows:

**I. COMMENCEMENT OF PROCEEDING**

1.    On January 28, 2014, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case, and Philip V. Martino was appointed Trustee.

2.    The 341 meeting was held on March 5, 2014 and continued to April 1, 2014.

3.    On April 2, 2014, Trustee filed his initial report of assets.

4.    April 17, 2014, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to March 10, 2014.

5.    All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other

person. Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

## NATURE OF LEGAL SERVICES PERFORMED BY
## QUARLES & BRADY LLP

6. Q&B has served as counsel for the Trustee at all times in these proceedings since its appointment on March 10, 2014. Q&B has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

7. Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs. In connection with the foregoing, Q&B expended 2.1 (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $1,031.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 1.0 |
| Sara K. Baker | 1.1 |

### B. ASSETS

8. Debtor's schedules indicated that Debtor had several assets ("**Assets**") that, if liquidated, would allow for a distribution to unsecured creditors, including a Lexus, a Toyota, bank account ("**Bank Account**"), and tax refunds ("**Tax Refunds**") and other personal property ("**Personal Property**").

9. On March 10, 2014, Debtor filed Amended Schedules.

9. Based on the information contained in Debtor's Amended Schedules, Trustee demanded that Debtor turnover cash and any monies in the bank account. Because Debtor did

2

QB\28385462.1

not assert an exemption in those assets, Trustee intended to take possession of them for distribution to creditors.

10. Trustee also requested that Debtor provide, the following: (i) documentation of the account balance in the Bank Account as of the Petition Date; (ii) Debtor's 2013 federal and state tax returns, and turnover of any Tax Refunds received in connection therewith; (iii) a copy of Debtor's recent divorce decree; (iv) the original title to the Lexus, signed by Debtor and her former spouse, along with the CarMax appraisal; (v) an inventory of all Household Goods; and (vi) details about the Computer. Trustee intended to sell the Computer, Household Goods, and Lexus for the benefit of the bankruptcy estate.

11. In the interest of resolving their disputes cost-effectively and avoiding the delay, expense, and uncertainty inherent in continued litigation and a prolonged, piecemeal liquidation of the Personal Property, Trustee and the Debtor agreed to settle any and all claims the estate may have had against the Personal Property (the "**Settlement**").

12. The Settlement allowed the estate to realize $7,600.00 from the Lexus and another $2,350 from the Tax Refunds. In connection with the foregoing, Q&B expended 10.2 hours for which it requests compensation of $3,723.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Sarah K. Baker | 10.2 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

13. Since March 10, 2014, Q&B has devoted 12.3 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $4,754.50.

14. In addition, Q&B requests reimbursement for necessary costs in the amount of $41.60 for photocopy charges ($.10 per page) incurred for service of the Settlement. Attached as **Exhibit B** is a break down of those expenses.

15. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the Q&B personnel who performed services on this matter during the term of this Application.

16. Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $4,754.50 for actual, necessary and valuable professional services rendered;

B. Authorizing reimbursement of actual and necessary costs of $41.60; and

C. For such other and further relief as this Court may deem equitable and just.

        Respectfully submitted,

        By:   /s/Philip V. Martino
            Trustee
        Philip V. Martino
        Sarah K. Baker
        QUARLES & BRADY LLP
        300 North LaSalle Street, Suite 4000
        Chicago, IL  60654
        (312) 715-5000

QB\28385462.1



411 East Kilbourn Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number:   1968054
Invoice Date:     July 23, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Spellman
Quarles & Brady LLP
300 N LaSalle St, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 23, 2014
Re: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 154657.00003

|  |  |  |
|---|---|---|
| Current Fees: | $ | 401.50 |
| Current Total Due: | $ | 401.50 |
| **TOTAL AMOUNT DUE:** | **$** | **401.50** |

EXHIBIT A(1)

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V., as Trustee for Jill Susanne Spellman
RE: Professional Retention Chapter 7 Bankruptcy
Q & B Matter Number: 154657.00003

July 23, 2014
Invoice Number: 1968054
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/13/14 | Review and revise application to retain Q&B. | SBAKER | 0.40 |
| 04/17/14 | Attend hearing on Motion to Retain. | SBAKER | 0.70 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 1.10 | 365.00 | 401.50 |
| Total | | 1.10 | | 401.50 |

Total Fees:　　　　　　　　　　　　　　$　　401.50



301 East Kennedy Boulevard  
Suite 3400  
Tampa, FL 33602-5195  
Tel. 414.277.5000  
Fax 414.271.3552  
www.quarles.com  

Attorneys at Law in:  
Chicago, Illinois  
Milwaukee and Madison, Wisconsin  
Naples and Tampa, Florida  
Phoenix and Tucson, Arizona  
Washington, DC  

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1968053  
Invoice Date: July 23, 2014  

Privileged & Confidential

Philip V. Martino as Trustee for Spellman  
Quarles & Brady LLP  
300 N LaSalle St, Suite 4000  
Chicago, IL 60654  

For Professional Services Rendered Through July 23, 2014  
Re: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 154657.00005  

| | | |
|---|---|---|
| Current Fees: | $ | 3,723.00 |
| Current Total Due: | $ | 3,723.00 |
| **TOTAL AMOUNT DUE:** | **$** | **3,723.00** |

EXHIBIT A(2)

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V., as Trustee for Jill Susanne Spellman  
RE: Assets Chapter 7 Bankruptcy  
Q & B Matter Number: 154657.00005

July 23, 2014  
Invoice Number: 1968053  
Page 2

| Date | Description | Professional | Hours |
|---|---|---|---|
| 03/10/14 | Review e-mails from P. Martino regarding Spellman case. | SBAKER | 0.20 |
| 03/12/14 | Review e-mails regarding settlement negotiations with Debtor's counsel. | SBAKER | 0.30 |
| 03/13/14 | Review schedules and SOFA. | SBAKER | 0.70 |
| 03/13/14 | Begin draft of settlement motion. | SBAKER | 3.30 |
| 03/14/14 | Continue draft of settlement motion and order in support. | SBAKER | 3.50 |
| 03/14/14 | Draft e-mail to D. Gordon regarding settlement motion. | SBAKER | 0.20 |
| 03/17/14 | Review bank account statement. | SBAKER | 0.10 |
| 03/17/14 | Review settlement motion to reflect new bank account information. | SBAKER | 0.40 |
| 03/19/14 | Revise settlement motion and order. | SBAKER | 0.40 |
| 03/20/14 | Review and respond to e-mail from D. Gordon regarding settlement motion. | SBAKER | 0.20 |
| 03/21/14 | Review e-mail from D. Gordon regarding Settlement Motion. | SBAKER | 0.10 |
| 04/17/14 | Attend hearing on Motion to Approve Settlement with Debtor. | SBAKER | 0.80 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| SBAKER | Sarah K. Baker | 10.20 | 365.00 | 3,723.00 |
| Total | | 10.20 | | 3,723.00 |

Total Fees: $ 3,723.00



101 East Kennedy Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

Tax ID No. 39-0432630

Invoice Number: 1968052
Invoice Date: July 23, 2014

Privileged & Confidential

Philip V. Martino as Trustee for Spellman
Quarles & Brady LLP
300 N LaSalle St, Suite 4000
Chicago, IL 60654

For Professional Services Rendered Through July 23, 2014
Re: General/Costs Chapter 7 Bankruptcy
Q & B Matter Number: 154657.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 41.60 |
| Current Total Due: | $ | 41.60 |
| **TOTAL AMOUNT DUE:** | **$** | **41.60** |

EXHIBIT B

**INVOICE IS PAYABLE UPON RECEIPT**

Martino, Philip V., as Trustee for Jill Susanne Spellman  
RE: General/Costs Chapter 7 Bankruptcy  
Q & B Matter Number: 154657.00006

July 23, 2014  
Invoice Number: 1968052  
Page 2

**DISBURSEMENTS:**

| | |
|---|---:|
| Copy charges | 41.60 |
| Total Disbursements: | $ 41.60 |
| Total Fees and Disbursements: | $ 41.60 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady. He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982). Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; and his current hourly billing rate is $630.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago. She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006. Ms. Baker is a member of the Pennsylvania and Illinois bars. Her hourly billing rate for fiscal year 2013 was 345.00; and her current hourly billing rate is $365.00.

**Colleen A. Greer** is a legal project assistant. Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years. Her hourly billing rate is $175.00.

EXHIBIT C

QB\28385462.1

**STATE OF ILLINOIS** )
                              ) SS
**COUNTY OF COOK** )

       I, Philip V. Martino, on oath, state as follows:

       1.      I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtor.

       2.      This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

       3.      In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

       4.      In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

       5.      In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

       6.      In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

       7.      In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

       8.      I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

       9.      I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

QB\28385462.1

EXHIBIT D

10. I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.