PAMELA S. HOLLIS
## UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

In re:                                        §
                                              §
SPELLMAN, JILL SUSANNE                        §        Case No. 14-02612
                                              §
                    Debtor(s)                 §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF THE BANKRUPTCY COURT
                    219 SOUTH DEARBORN STREET,  ROOM 713
                    CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/04/2014 in Courtroom 644,
                    United States Courthouse
                    219 South Dearborn Street
                    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/07/2014              By: Clerk of the Bankruptcy Court
                                           Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                           §
                                 §
SPELLMAN, JILL SUSANNE           §        Case No. 14-02612
                                 §
        Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,950.00 |
| and approved disbursements of | $ | 59.05 |
| leaving a balance on hand of[1] | $ | 9,890.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Illinois Dept. of Revenue | $ 1,332.61 | $ 1,332.61 | $ 0.00 | $ 1,332.61 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 1,332.61 |
| Remaining Balance | $ 8,558.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 1,745.00 | $ 0.00 | $ 1,745.00 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 4,754.90 | $ 0.00 | $ 4,754.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 41.60 | $ 0.00 | $ 41.60 |

Total to be paid for chapter 7 administrative expenses $ 6,541.50

Remaining Balance $ 2,016.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,757.67 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC | $ 2,290.05 | $ 0.00 | $ 1,674.84 |
| 000002B | Illinois Department of Revenue | $ 467.62 | $ 0.00 | $ 342.00 |

Total to be paid to timely general unsecured creditors $ 2,016.84

Remaining Balance $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Philip V. Martino
                              Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-02612-PSH
Jill Susanne Spellman                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt         Page 1 of 2         Date Rcvd: Aug 08, 2014
                             Form ID: pdf006       Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2014.
```
db          #+Jill Susanne Spellman,   7077 N. McAplin,   Chicago, IL 60646-1236
aty          +Quarles & Brady LLP,   300 North LaSalle Street,   Suite 4000,   Chicago, IL 60654-5427
21463699    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
21463710    ++CHOICE RECOVERY INC,   1550 OLD HENDERSON ROAD,   STE 100,   COLUMBUS OH 43220-3662
             (address filed with court: Choice Recovery,   1550 Old Henderson Rd St,   Columbus, OH 43220)
21463702      Capital One,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
21463700      Capital One,   P.O. Box 85167,   Richmond, VA 23285-5167
21463701      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
21463705     +Capital One Bank,   4851 Cox Road,   Glen Allen, VA 23060-6293
21463707     +Cbna,   Po Box 769006,   San Antonio, TX 78245-9006
21463708     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
21463709     +Chase Manhattan Mtge,   Po Box 24696,   Columbus, OH 43224-0696
21463711      Citimortage Inc.,   P.O. Box 9438,   Gaithersburg, MD 20898-9438
21463712      Citimortgage,   P.O. Box 6243,   Sioux Falls, SD 57117-6243
21463713      Citimortgage Inc.,   attn BK Dept.,   P.O. Box 790022,   Saint Louis, MO 63179-0022
21463714     +Citimortgage Legal Department,   4000 Regent Blvd.,   Irving, TX 75063-2246
21463715      Citimortgage, Inc.,   1000 Technology Drive,   O Fallon, MO 63368-2240
21463717     +City of Chicago,   City Hall,   121 N. LaSalle Room 107,   Chicago, IL 60602-1232
21782283     +City of Chicago Department of Revenue,   c/o Arnold Scott Harris PC,   111 W. Jackson suite600,
               Chicago,IL 60604-3517
21463718      City of Chicago Dept. of Finance,   P.O. Box 88292,   Chicago, IL 60680-1292
21463719     +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
21463721      Illinois Dept. of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
21463724     +Macy's,   9111 Duke Blvd,   Mason, OH 45040-8999
21463725     +Ocwen Loan Servicing,   12650 Ingenuity Drive,   Orlando, FL 32826-2703
21463726      Ocwen Loan Servicing,   P.O. Box 24738,   West Palm Beach, FL 33416-4738
21463730      Ocwen Loan Servicing, LLC,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
21463729      Ocwen Loan Servicing, LLC,   P.O. Box 6440,   Carol Stream, IL 60197-6440
21463731      Sean Spellman,   9554 S. Longwood Drive,   Chicago, IL 60643-1112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21463703     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2014 00:45:52    Capital One,
               c/o American Infosource,   P.O. Box 54529,   Oklahoma City, OK 73154-1529
21463706     +E-mail/Text: bankruptcy@cavps.com Aug 09 2014 00:42:12    Cavalry Portfolio Serv,   Po Box 27288,
               Tempe, AZ 85285-7288
21804577     +E-mail/Text: bankruptcy@cavps.com Aug 09 2014 00:42:13    Cavalry SPV I, LLC,
               as assignee of Chase Bank USA, NA (Wamu),   500 Summit Lake Drive, Ste 400,
               Valhalla, NY 10595-1340
21463720     +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM Aug 09 2014 00:42:49    Gla Collection Co Inc,
               2630 Gleeson Ln,   Louisville, KY 40299-1772
21463722      E-mail/Text: cio.bncmail@irs.gov Aug 09 2014 00:41:08    Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
21463727      Fax: 407-737-5634 Aug 09 2014 01:22:03    Ocwen Loan Servicing,   1661 Worthington Rd. Ste 100,
               West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21463716*      Citimortgage, Inc.,   P.O. Box 6243,   Sioux Falls, SD 57117-6243
21463728*     +Ocwen Loan Servicing,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
21463704     ##+Capital One,   P.O. Box 85520,   15000 Capital One Drive,   Richmond, VA 23238-1119
21463723     ##+Lou Harris Company,   613 Academy Dr,   Northbrook, IL 60062-2420
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt               Page 2 of 2                   Date Rcvd: Aug 08, 2014
                              Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2014 at the address(es) listed below:
              Diane Brazen Gordon    on behalf of Debtor Jill Susanne Spellman diane@brazengordon.com,
               dgordon33@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Sarah   Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 5
```