PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
SPELLMAN, JILL SUSANNE                §     Case No. 14-02612
                                      §
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | City of Chicago Dept. of Finance P.O. Box 88292 Chicago, IL 60680-1292 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing 12650 Ingenuity Drive Orlando, FL 32826 | | | | | |
| 000002A | ILLINOIS DEPT. OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cbna Po Box 769006 San Antonio, TX 78245 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mtge Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | Citimortgage Legal Department 4000 Regent Blvd. Irving, TX 75063 | | | | | |
| | Citimortgage, Inc. 1000 Technology Drive O Fallon, MO 63368-2240 | | | | | |
| | City of Chicago Dept. of Finance P.O. Box 88292 Chicago, IL 60680-1292 | | | | | |
| | Eos Cca 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Gla Collection Co Inc 2630 Gleeson Ln Louisville, KY 40299 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Lou Harris Company 613 Academy Dr Northbrook, IL 60062 | | | | | |
| | Macy's 9111 Duke Blvd Mason, OH 45040 | | | | | |
| 000001 | CAVALRY SPV I, LLC | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-02612 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SPELLMAN, JILL SUSANNE | | | Date Filed (f) or Converted (c): | 01/28/14 (f) |
| | | | | 341(a) Meeting Date: | 03/05/14 |
| For Period Ending: | 09/19/14 | | | Claims Bar Date: | 07/07/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATED AT 9554 S. LONGWOO | 171,293.00 | 0.00 | | 0.00 | FA |
| 2. CASH IN POSSESSION | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT NORTH SHORE COMMUNITY BANK (RE | 2,276.51 | 0.00 | | 0.00 | FA |
| 4. CUSTODIAL ACCOUNT FOR MINOR DAUGHTER AT NORTH SHOR | 100.03 | 0.00 | | 0.00 | FA |
| 5. CUSTODIAL ACCOUNT FOR MINOR SON AT BEVERLY BANK. N | 789.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSIT WITH LANDLORD | 1,850.00 | 0.00 | | 0.00 | FA |
| 7. TYPICAL AND OLD HOUSEHOLD FURNITURE, APPLIANCES, E | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS, PICTURES | 10.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 10. COSTUME JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 11. CHILD SUPPORT ONGOING -- CURRENT; $1367 PER MONTH. | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2013 INCOME TAX REFUNDS --NONE ANTICIPATED | 0.00 | 2,350.00 | | 2,350.00 | FA |
| 13. 2004 LEXUS GX SPORT UTILITY, APPROXIMATELY 140,202 | 5,000.00 | 7,600.00 | | 7,600.00 | FA |
| 14. 2000 TOYOTA 4RUNNER, APPROXIMATELY 94,000 MILES; O | 2,815.00 | 0.00 | | 0.00 | FA |
| 15. COMPUTER AND PRINTER | 500.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $186,678.54    $9,950.00    $9,950.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/7/14 Bar Date.

LFORM1        Ver: 18.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-02612   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SPELLMAN, JILL SUSANNE | Date Filed (f) or Converted (c): | 01/28/14 (f) |
| | | 341(a) Meeting Date: | 03/05/14 |
| | | Claims Bar Date: | 07/07/14 |

Initial Projected Date of Final Report (TFR): 06/30/14   Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02612 -PSH | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | SPELLMAN, JILL SUSANNE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******9903 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3871 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | 13 | Diane B. Gordon<br>Attorney or Law Firm as Escrowee | Settlement payment<br>Pursuant to settlement agreement, Debtor purchased estate interest in Lexus vs. losing her personal property. | 1129-000 | 7,600.00 | | 7,600.00 |
| 04/02/14 | 005001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Pro Rata Bond 016026455 | 2300-000 | | 7.45 | 7,592.55 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,582.55 |
| 04/14/14 | 12 | Internal Revenue Service<br>Refund Check | | 1124-000 | 2,260.00 | | 9,842.55 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.75 | 9,829.80 |
| 06/03/14 | 12 | Treasurer of the State of Illinois | Tax Refund | 1124-000 | 90.00 | | 9,919.80 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.61 | 9,905.19 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 14.24 | 9,890.95 |
| 09/04/14 | 005002 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 1,745.00 | 8,145.95 |
| * 09/04/14 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 4,796.50 | 3,349.45 |
| | | | Fees        4,754.90 | 3110-003 | | | |
| | | | Expenses       41.60 | 3120-003 | | | |
| * 09/04/14 | 005003 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee wrong amount. | | | -4,796.50 | 8,145.95 |
| | | | Fees      (  4,754.90 ) | 3110-003 | | | |
| | | | Expenses     (    41.60 ) | 3120-003 | | | |
| * 09/04/14 | 005004 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000002A, Payment 100.00000% | 4300-003 | | 1,332.61 | 6,813.34 |
| * 09/04/14 | 005004 | Illinois Dept. of Revenue | Claim 000002A, Payment 100.00000% | 4300-003 | | -1,332.61 | 8,145.95 |

Page Subtotals          9,950.00          1,804.05

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02612 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | SPELLMAN, JILL SUSANNE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******9903 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3871 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | wrong amount | | | | |
| * 09/04/14 | 005005 | Cavalry SPV I, LLC as assignee of Chase Bank USA, NA (Wamu) 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim 000001, Payment 73.13552% (1-1) Cavalry SPV I, LLC as assignee of Chase Bank USA, N.A (WAMU) (1-1) Modified on 4/17/14 to correct creditors name/address(dw) | 7100-003 | | 1,674.84 | 6,471.11 |
| * 09/04/14 | 005005 | Cavalry SPV I, LLC as assignee of Chase Bank USA, NA (Wamu) 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Claim 000001, Payment 73.13552% wrong amount | 7100-003 | | -1,674.84 | 8,145.95 |
| * 09/04/14 | 005006 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000002B, Payment 73.13631% | 7100-003 | | 342.00 | 7,803.95 |
| * 09/04/14 | 005006 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000002B, Payment 73.13631% wrong amount | 7100-003 | | -342.00 | 8,145.95 |
| 09/04/14 | 005007 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 4,883.60 | 3,262.35 |
| | | | Fees         4,842.00 | 3110-000 | | | |
| | | | Expenses       41.60 | 3120-000 | | | |
| 09/04/14 | 005008 | Illinois Dept. of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000002A, Payment 100.00000% | 4300-000 | | 1,332.61 | 1,929.74 |
| 09/04/14 | 005009 | Cavalry SPV I, LLC as assignee of Chase Bank USA, NA (Wamu) 500 Summit Lake Drive, Ste 400 | Claim 000001, Payment 69.97707% (1-1) Cavalry SPV I, LLC as assignee of Chase Bank USA, N.A (WAMU) | 7100-000 | | 1,602.51 | 327.23 |

Page Subtotals       0.00       7,818.72

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-02612 -PSH | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | SPELLMAN, JILL SUSANNE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******9903 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3871 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/14 | 005010 | Valhalla, NY 10595<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | (1-1) Modified on 4/17/14 to correct creditors name/address(dw)<br>Claim 000002B, Payment 69.97776% | 7100-000 | | 327.23 | 0.00 |

```
                                      COLUMN TOTALS                    9,950.00       9,950.00          0.00
                              Less:  Bank Transfers/CD's                   0.00           0.00
                                           Subtotal                    9,950.00       9,950.00
                              Less:  Payments to Debtors                                   0.00
                                              Net                      9,950.00       9,950.00
                                                                                      NET           ACCOUNT
                      TOTAL - ALL ACCOUNTS              NET DEPOSITS   DISBURSEMENTS   BALANCE
          Checking Account (Non-Interest Earn - ********9903)  9,950.00    9,950.00       0.00
                                                       ------------------ ----------------- -----------------
                                                              9,950.00      9,950.00        0.00
                                                       ================== ================= =================
                                                       (Excludes Account   (Excludes Payments  Total Funds
                                                            Transfers)        To Debtors)       On Hand
```

Page Subtotals     0.00     327.23

Ver: 18.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*